United States Court of Appeals Fourth Circuit

| Carissa Brown , Petitioner<br><br>V.<br><br>UNITED STATES Respondent(s) | In Re: Carissa Eugenia Brown:<br>W.D.N.C: 3:20-CR-415<br><br>PETITION FOR WRIT OF MANDAMUS |
|---|---|

IN RE [Carissa Eugenia Brown]
**PETITION FOR WRIT OF MANDAMUS**

Petitioner, Carissa Eugenia Brown ; Pursuant to Local Rule 21(d). Petitions for Writ of Mandamus ; moves this Court to enter a Writ for Mandamus.

" If the Bill of Rights is not complied with , the court no longer has jurisdiction to proceed. The judgment pronounced by a court without jurisdiction is void ... " Johnson v . Zerbst, 304 US 458,468 .

1. Mason's Manual of Legislative Procedure ( 2010 edition ) page 25, Sec 16: Where there is more than a mere technical violation of the rules of procedure, the violation may invalidate the act , and an act will be invalidated where there is fraud or bad faith . What are the elements of a lawful arrest , detainment , search , or seizure ?

2. For reference , Here is the Fourth Amendment of the United States Constitution : " The right of the people to be secure in their persons , houses , papers , and effects , against unreasonable searches and seizures, shall not be violated , and no

Warrants shall be issued, but upon probable cause, supported by Oath or affirmation , and particularly describing the place to be searched , and the persons or things to be seized . "

3. Pursuant to the Fourth Amendment of the United States Constitution , the elements are as follows:

a. Averment or Affirmation made under penalty of perjury of harm and damages
b . Probable Cause by alleged defendant determined
c . Specific Warrant or Summons issued.
d. The actual arrest / search / seizure / detainment of things.

4. The ordering is important! a. and b. should happen before c. , and c before d. This means, in common language:

1. A non - agent man or woman makes a complaint
2. Evidence is found linking the accused with the victim's injury , and that the injury was probably caused by " criminal intent " ; that is, it was not an accident.
3. A document issued describing what thing is to be searched for , what is to be seized / arrested, and why.
4. The actual arrest / search / seizure / detainment .

5. Yet in this instant case, here is what is happening :

1. There is no complaint from a non - agent person *SEE* Doc.1 W.D.N.C: 3:20-CR-415.
2. There is no harm and damages, thus there can be no Probable Cause.
3. There is no Warrant nor summons issued . The record reflect summons was issued 12/09/2020 and executed on 12/14/2020 yet there is no service of process to prove these actions exist.
4. The arresting and detainment officers executed an order on behalf of a fictitious plaintiff that suffered no damages by acts or omissions of Petitioner .

6. Other Amendments discuss what is supposed to follow after the arrest : presentment before an accusation by the people : the Grand Jury indictment , and trial by the people: the trial jury. The most fatal missing element in this case is the complaint , summons & Process of service. Where is the complaint and summons?

The Constitutionally valid arrest and detainment REQUIRES:

7. The Due Process clauses in the United States Constitution prohibit courts from exercising personal jurisdiction over a defendant unless the defendant has proper notice of the court's proceedings .

8. To meet this rule , courts require plaintiffs to arrange for defendants to be served with a court summons and a copy of the plaintiffs' complaint. These papers are collectively called process.

9. It is not enough to simply mail process to the defendant.

10. The summons and complaint must be either given directly to defendants or left with a suitable person at their home or place of business. There have been several requests for a complaint and summons to no avail. Please see attached Exhibit A (a copy of docket, showing no complaint.) & Exhibit B (Order on denial of copy of said summons. )

11. The current and ongoing detainment began as a failure to appear for sentencing.

12. The courts never notified the alleged defendant of sentencing hearing dated August 25th 2022. See Exhibit C ( AMS updated docket stating this will be the only notice. ) On the date of sentencing, the time of hearing was changed without notification to the alleged defendant.

13. There was no service of process on the alleged Defendant.

14. There is insufficiency of process because there is NO summons or verified complaint served on the alleged defendant.

15. In the absence of a verified complaint and summons / warrant prerequisite, and are thus, initial and continued detainment is unconstitutional.

16. Petitioner has not PROBABLY CAUSED the Injury to a " real party in interest"

17. Pursuant to FRCP 17 Petitioner does not qualify to be a defendant because the record does not reflect she is a " Public Officer ".

18. The order of detainment was issued by a court that lacked jurisdiction.

Does the U.S. Constitution only apply to Agents and Licensees of the Government?

19. Article I, Section 8 Clause 10 states, that the power of congressional legislation is: To define and punish Piracies and Felonies committed on the high Seas, and Offences against the Law of Nations.

20. Article 1 Section 8 Clause 14 states that the power of congressional legislation is: To make Rules for the Government and Regulation of the land and naval Forces

21. Article 6 Section 3 states, The Senators and Representatives before mentioned , and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution.

22. Pursuant to FRCP Rule 20. Permissive Joinder of Parties ( a) Persons Who May Join or Be Joined.

(2) Defendants. Persons as well as a vessel, cargo, or other property subject to admiralty process in rem - may be joined in one action as defendants.

23. Pursuant to 18 U.S. Code § 7 the term " special maritime and territorial jurisdiction of the United States ", as used in this title, includes:

( 1 ) The high seas, any other waters within the admiralty and maritime jurisdiction of the United States and out of the jurisdiction of any particular State,

and any vessel belonging in whole or in part to the United States or any citizen thereof, or to any corporation created by or under the laws of the United States, or of any State, Territory, District, or possession thereof...

24. Pursuant to 19 U.S. Code § 810 - Residents of zone (a) Persons allowed to reside in zone No person shall be allowed to reside within the zone except Federal , State, or municipal officers or agents whose resident presence is deemed necessary by the Board.

25. Pursuant to 19 USC § 81a (b) The Board shall consist of the Secretary of Commerce, who shall be chairman and executive officer of the Board, and the Secretary of the Treasury.

26. Pursuant to 15 U.S. Code § 4724 - Trade shows (a) Authority of Secretary of Commerce In order to facilitate exporting by United States businesses, the Secretary of Commerce shall provide assistance for trade shows in the United States which bring together representatives of United States businesses seeking to export goods or services produced in the United States and representatives of foreign companies or governments seeking to buy such goods or services from these United States businesses.

(e) Definitions As used in this section- (1) the term " United States business " means-

(A) a United States citizen.

(B) a corporation, partnership, or other association created under the laws of the United States or of any State (including the District of Columbia or any commonwealth, territory, or possession of the United States);

27. Pursuant to 26 U.S. Code § 7801 - Auks. y of Department of the Treasury

(a) Powers and duties of Secretary

(1) In general Except as otherwise expressly provided by law, the administration and enforcement of this title shall be performed by or under the supervision of the Secretary of the Treasury.

(2) Administration and enforcement of certain provisions by Attorney General (A) In generalThe administration and enforcement of the following provisions of this title shall be performed by or under the supervision of the Attorney General; and the term " Secretary " or " Secretary of the Treasury " shall, when applied to those provisions, mean the Attorney General; and the term " internal revenue officer " shall, when applied to those provisions, mean any officer of the Bureau of Alcohol, Tobacco, Firearms, and Explosives so designated by the Attorney General.

28. The Fifth article of the Bill of Rights of the constitution for the United States of America reads:

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in

the land or naval forces, or in the Militia, when in actual service in time of War or public danger ... nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation. (Emphasis added)

29. The record does not reflect Petitioner is a statutory " United States citizen " or " resident " regulated by the U.S. constitution or U.S. federal agencies created thereby.

30. In layman's terms, this means that one may not be arrested, jailed, put to death or have property taken or withheld without proper indictment, trial, and conviction. Nowhere in the constitution does it allow for " BILL OF INFORMATION " to be used to administer private rights of private people.

31. Whereas Petitioner is being unlawfully held at Catawba County Detention Center located at 100 Government Dr., Newton, NC. 28658 for alleged offenses of 18 U.S. Code § 1343, 18 U.S. Code § 1957 & obstruction of justice for failure to appear for a sentencing hearing one was never notified of. Petitioner has had to sue the UNITED STATES in their official and private capacity( *See* Exhibit D Copy of Complaint) to prevent further damage and stop all fraud upon the court. However:

1. There is no verified complaint by an injured party.
2. There are no summons signed under penalty of perjury and served upon the alleged defendant.
3. There is no grand jury indictment prior to charges of a felony ( infamous crime ).
4. Due process of Law was not followed in the detainment of Petitioner.
5. No probable cause for past, current or continued detainment.
6. People are presumed innocent until proven guilty by jury trial.
7. Excessive fines and cruel and unusual punishment are being levied in violation of the Eighth article Bill of Rights, U.S. constitution.

For these reasons Petitioner moves any judge of this court to:

A. Expedite consideration of this Petition for Mandamus

B. Grant the Order Discharging Petitioner on her own recognizance forthwith, immediately.

C. Award Petitioner Counsel's fees and costs of $ 50,000.00 under the Equal Access to Justice Act ( EAJA ), as amended, 5 U.S.C. § 504 and 28 U.S.C. § 2412, and on any other basis justified under law; and

D. Grant any other and further relief as the Court deems just and proper.

Pursuant to 28 USC 1746(1) I hereby verify that the statements made in this PETITION FOR WRIT OF MANDAMUS is faithful and true.

Carissa Brown

On the 6th day of April, 2023 A.D.

## United States Court of Appeals Fourth Circuit

| | |
|---|---|
| Carissa Brown<br>Petitioner<br>v.<br>UNITED STATES,<br>Respondent(s) | In Re: Carissa Eugenia Brown:<br>W.D.N.C: 3:20-CR-415<br><br>PETITION FOR WRIT OF MANDAMUS |

## Certificate of Service

Judge Max O. Cogburn, Jr.- Bar# 7054
100 Otis Street, Suite 319
Asheville, NC 28801
USPS
Tracking#70203160000217933066

Judge David C. Keesler-Bar#14205
United States District Court
401 Trade Street, Suite 238
Charlotte, NC 28202
USPS
Tracking#70203160000217933073

Judge David S.Cayer-Bar#15675
2715 Roswell Ave.
Charlotte, NC 28209
USPS
Tracking#70203160000217936814

Benjamin Bain-Creed-Bar#21436
227 W. Trade St. Ste. 1650
Charlotte, NC 28202
USPS
Tracking#70203160000217933004

Maria K. Vento
VA Bar# 45960
United States District Attorney's Office
227 West Trade St., Suite 1650
Charlotte, NC 28202
USPS
Tracking#70203160000217936784

Angela Smith
United States District Court
401 Trade Street, Suite 238
Charlotte, NC 28202
USPS
Tracking#70203160000217933042

Dena Janae King-Bar# 35376
227 West Trade St., Ste. 1650
Charlotte, NC 28202
USPS
Tracking#70203160000217933035

R. Andrew Murray- Bar# 19196
United States Attorney's Office
155 Poplar Loop Drive
Flat Rock, NC 28731
USPS
Tracking#70203160000217933134

Nicolas Dohy
Charlotte Field Office
10715 David Taylor Drive
Suite: 3-300
Charlotte, NC 28262
USPS
Tracking#70203160000217933110

# EXHIBIT

# A

Query Reports Utilities Help Log Out

**3:20-cr-00415-MOC-WCM All Defendants USA v. Brown**
**Date filed: 12/01/2020**
**Date of last filing: 02/21/2023**

## History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed & Entered:* | 12/01/2020 | Information - Felony |
| 2 | *Filed & Entered:* | 12/02/2020 | Notice of Attorney Appearance - Defendant |
| 3 | *Filed & Entered:* | 12/02/2020 | Notice of Attorney Appearance - USA |
| 4 | *Filed & Entered:* | 12/07/2020 | Plea Agreement |
| 5 | *Filed & Entered:* | 12/07/2020 | Factual Basis |
| | *Filed & Entered:* | 12/09/2020 | Notice of Hearing |
| 6 | *Filed & Entered:* | 12/09/2020 | Summons Issued |
| | *Filed & Entered:* | 12/11/2020 | Initial Appearance |
| | *Filed & Entered:* | 12/11/2020 | Plea Hearing |
| 7 | *Filed & Entered:* | 12/11/2020 | Waiver of Indictment |
| 8 | *Filed & Entered:* | 12/11/2020 | Acceptance of Guilty Plea |
| 9 | *Filed & Entered:* | 12/11/2020 | Notice of PSI Interview Preference |
| 10 | *Filed & Entered:* | 12/11/2020 | Bond |
| 11 | *Filed & Entered:* | 12/11/2020 | Order Setting Conditions of Release |
| 13 | *Filed & Entered:* | 12/14/2020 | Pretrial Report |
| 14 | *Filed & Entered:* | 12/14/2020 | Notice Regarding Passport |
| 16 | *Filed:*<br>*Entered:* | 12/14/2020<br>12/22/2020 | Summons Returned Executed |
| 17 | *Filed & Entered:* | 02/19/2021 | ProbPS42 - Request to Modify Conditions of Release |
| 18 | *Filed & Entered:* | 03/12/2021 | Presentence Investigation Report |
| 19 | *Filed & Entered:* | 03/26/2021 | Objection to Presentence Investigation Report |
| 20 | *Filed & Entered:* | 04/18/2021 | Presentence Investigation Report |
| | *Filed & Entered:* | 10/06/2021 | Notice of Hearing |
| 22 | *Filed & Entered:* | 10/12/2021 | Presentence Investigation Report |
| 23 | *Filed & Entered:*<br>*Terminated:* | 10/15/2021<br>12/07/2021 | Motion to Withdraw as Attorney |
| 24 | *Filed & Entered:*<br>*Terminated:* | 10/15/2021<br>12/07/2021 | Motion to Continue Other |
| 25 | *Filed & Entered:* | 10/18/2021 | Response in Opposition |
| | *Filed & Entered:* | 10/19/2021 | Notice of Cancellation of Hearing |
| | *Filed & Entered:* | 10/19/2021 | Notice of Hearing on Motion |
| | *Filed & Entered:* | 10/19/2021 | Motion Hearing |





| Doc. No. | Dates | | Description |
|---|---|---|---|
| | *Filed & Entered:* | 10/26/2021 | Set/Reset Motion and M&R Deadlines/Hearings |
| | *Filed & Entered:* | 10/29/2021 | Set/Reset Motion and M&R Deadlines/Hearings |
| | *Filed & Entered:* | 11/02/2021 | Motion Hearing |
| | *Filed & Entered:* | 11/02/2021 | Set/Reset Motion and M&R Deadlines/Hearings |
| 26 | *Filed & Entered:*<br>*Terminated:* | 11/08/2021<br>11/08/2021 | Motion to Continue Other |
| 27 | *Filed & Entered:* | 11/08/2021 | Order on Motion to Continue Other |
| 28 | *Filed & Entered:* | 11/14/2021 | Notice of Attorney Appearance - Defendant |
| | *Filed & Entered:* | 11/15/2021 | Motion Hearing |
| 29 | *Filed & Entered:* | 12/07/2021 | Order on Motion to Withdraw as Attorney |
| 30 | *Filed & Entered:*<br>*Terminated:* | 02/10/2022<br>03/11/2022 | Motion to Dismiss |
| 31 | *Filed & Entered:*<br>*Terminated:* | 02/14/2022<br>04/19/2022 | Motion to Withdraw as Attorney |
| 32 | *Filed & Entered:* | 02/18/2022 | Response to Motion |
| 33 | *Filed & Entered:*<br>*Terminated:* | 02/22/2022<br>04/19/2022 | Motion for Miscellaneous Relief |
| 34 | *Filed & Entered:* | 02/22/2022 | Notice (Other) |
| 35 | *Filed & Entered:* | 03/08/2022 | Notice (Other) |
| | *Filed & Entered:* | 03/11/2022 | Notice of Hearing on Motion |
| 36 | *Filed & Entered:* | 03/11/2022 | Order on Motion to Dismiss |
| | *Filed & Entered:* | 04/05/2022 | Set/Reset Motion and M&R Deadlines/Hearings |
| | *Filed & Entered:* | 04/18/2022 | Motion Hearing |
| 37 | *Filed & Entered:* | 04/19/2022 | Order on Motion to Withdraw as Attorney |
| | *Filed & Entered:* | 04/22/2022 | CJA 20 - Appointment |
| 38 | *Filed & Entered:* | 04/26/2022 | Miscellaneous Filing |
| 39 | *Filed & Entered:* | 04/26/2022 | Miscellaneous Filing |
| 40 | *Filed & Entered:* | 05/31/2022 | Presentence Investigation Report |
| | *Filed & Entered:* | 07/22/2022 | Notice of Hearing |
| 41 | *Filed & Entered:* | 08/02/2022 | Miscellaneous Filing |
| 42 | *Filed & Entered:* | 08/02/2022 | Miscellaneous Filing |
| 43 | *Filed & Entered:* | 08/08/2022 | Miscellaneous Filing |
| 44 | *Filed & Entered:* | 08/09/2022 | Miscellaneous Filing |
| 45 | *Filed & Entered:* | 08/09/2022 | Miscellaneous Filing |
| 46 | *Filed & Entered:* | 08/10/2022 | Presentence Investigation Report |
| 47 | *Filed:*<br>*Entered:*<br>*Terminated:* | 08/18/2022<br>08/19/2022<br>12/13/2022 | Motion to Withdraw Plea of Guilty |
| 48 | *Filed:*<br>*Entered:* | 08/22/2022<br>08/23/2022 | Notice (Other) |
| 50 | *Filed & Entered:* | 08/23/2022 | Notice (Other) |
| 51 | *Filed:* | 08/23/2022 | Notice (Other) |





| Doc. No. | Dates | | Description |
|---|---|---|---|
| | *Entered:* | 08/24/2022 | |
| 52 | *Filed & Entered:* | 08/24/2022 | Notice (Other) |
| | *Filed & Entered:* | 08/25/2022 | Set/Reset Hearings |
| | *Filed & Entered:* | 08/25/2022 | Sentencing |
| | *Filed & Entered:* | 08/25/2022 | Oral or Text-Only Order |
| | *Filed:*<br>*Entered:* | 08/25/2022<br>09/07/2022 | Arrest |
| 53 | *Filed & Entered:* | 08/25/2022 | Warrant Issued |
| 54 | *Filed & Entered:*<br>*Terminated:* | 08/31/2022<br>09/12/2022 | Motion for Hearing |
| | *Filed & Entered:* | 09/02/2022 | Notice of Hearing |
| | *Filed & Entered:* | 09/02/2022 | Oral or Text-Only Order |
| | *Filed & Entered:* | 09/06/2022 | Notice of Hearing |
| | *Filed & Entered:* | 09/07/2022 | Bond Revocation Hearing |
| 55 | *Filed & Entered:* | 09/07/2022 | Mail Returned |
| 56 | *Filed & Entered:* | 09/07/2022 | Warrant Returned Executed |
| 58 | *Filed & Entered:* | 09/12/2022 | Order on Motion for Hearing |
| 59 | *Filed:*<br>*Entered:*<br>*Terminated:* | 09/13/2022<br>09/14/2022<br>12/08/2022 | Notice of Appeal |
| | *Filed & Entered:* | 09/14/2022 | Electronic Record Transmitted |
| | *Filed & Entered:* | 09/14/2022 | Notice of Hearing |
| 60 | *Filed & Entered:* | 09/14/2022 | Transmission of Notice of Appeal to USCA |
| 61 | *Filed:*<br>*Entered:* | 09/14/2022<br>09/15/2022 | Case Number - USCA |
| 62 | *Filed & Entered:* | 09/15/2022 | Notice (Other) |
| 63 | *Filed & Entered:* | 09/16/2022 | Miscellaneous Filing |
| 64 | *Filed & Entered:* | 09/19/2022 | Presentence Investigation Report |
| | *Filed & Entered:* | 09/20/2022 | Set/Reset Hearings |
| 66 | *Filed & Entered:* | 09/23/2022 | Miscellaneous Filing |
| | *Filed & Entered:* | 09/29/2022 | Set/Reset Hearings |
| | *Filed & Entered:* | 09/30/2022 | Sentencing |
| 67 | *Filed:*<br>*Entered:* | 09/30/2022<br>10/03/2022 | Sealed Document |
| 68 | *Filed & Entered:* | 10/06/2022 | Miscellaneous Filing |
| 69 | *Filed & Entered:*<br>*Terminated:* | 10/07/2022<br>11/21/2022 | Motion to Dismiss |
| | *Filed & Entered:* | 10/28/2022 | Notice of Hearing on Motion |
| 70 | *Filed & Entered:*<br>*Terminated:* | 11/04/2022<br>12/13/2022 | Motion to Withdraw Plea of Guilty |
| | *Filed & Entered:* | 11/14/2022 | Motion Hearing |
| 71 | *Filed & Entered:* | 11/16/2022 | Order - Other - USCA |
| 73 | *Filed:* | 11/18/2022 | Mail Returned |





| Doc. No. | Dates | | Description |
|---|---|---|---|
| | *Entered:* | 11/21/2022 | |
| 72 | *Filed & Entered:* | 11/21/2022 | Order on Motion to Dismiss |
| | *Filed & Entered:* | 11/23/2022 | Notice of Hearing |
| 74 | *Filed & Entered:* | 11/29/2022 | Miscellaneous Filing |
| 75 | *Filed & Entered:* | 12/02/2022 | Notice of Attorney Appearance - USA |
| 76 | *Filed:*<br>*Entered:*<br>*Terminated:* | 12/07/2022<br>12/08/2022<br>12/13/2022 | Motion for Miscellaneous Relief |
| 77 | *Filed & Entered:* | 12/08/2022 | Presentence Investigation Report |
| 78 | *Filed:*<br>*Entered:* | 12/08/2022<br>12/11/2022 | Mandate - USCA |
| 79 | *Filed:*<br>*Entered:* | 12/12/2022<br>12/13/2022 | Mail Returned |
| 80 | *Filed & Entered:* | 12/13/2022 | Order on Motion to Withdraw Plea of Guilty |
| 81 | *Filed & Entered:* | 12/13/2022 | Order on Motion for Miscellaneous Relief |
| 82 | *Filed & Entered:* | 12/13/2022 | Mail Returned |
| 83 | *Filed:*<br>*Entered:* | 12/14/2022<br>12/15/2022 | Notice (Other) |
| 84 | *Filed:*<br>*Entered:* | 12/14/2022<br>12/15/2022 | Miscellaneous Filing |
| 85 | *Filed:*<br>*Entered:*<br>*Terminated:* | 12/14/2022<br>12/15/2022<br>02/01/2023 | Motion for Miscellaneous Relief |
| 86 | *Filed & Entered:* | 12/16/2022 | Order |
| 87 | *Filed & Entered:*<br>*Terminated:* | 12/19/2022<br>02/01/2023 | Motion for Miscellaneous Relief |
| 88 | *Filed:*<br>*Entered:* | 01/03/2023<br>01/04/2023 | Notice (Other) |
| 90 | *Filed:*<br>*Entered:* | 01/03/2023<br>01/05/2023 | Notice (Other) |
| 91 | *Filed:*<br>*Entered:*<br>*Terminated:* | 01/03/2023<br>01/05/2023<br>02/01/2023 | Motion to Dismiss/Lack of Jurisdiction |
| 89 | *Filed:*<br>*Entered:* | 01/04/2023<br>01/05/2023 | Miscellaneous Filing |
| 92 | *Filed:*<br>*Entered:* | 01/17/2023<br>01/18/2023 | Miscellaneous Filing |
| 93 | *Filed:*<br>*Entered:*<br>*Terminated:* | 01/18/2023<br>01/19/2023<br>02/13/2023 | Motion to Disqualify Counsel |
| 94 | *Filed & Entered:* | 01/24/2023 | Order |
| 95 | *Filed & Entered:* | 01/31/2023 | Motion for Miscellaneous Relief |
| 96 | *Filed & Entered:* | 02/01/2023 | Order on Motion for Miscellaneous Relief |
| 97 | *Filed:*<br>*Entered:* | 02/02/2023<br>02/03/2023 | Miscellaneous Filing |

| | | | |
|---|---|---|---|
| | *Filed & Entered:* | 02/06/2023 | Case Assigned/Reassigned |
| | *Filed & Entered:* | 02/13/2023 | Motions Referred |
| 98 | *Filed & Entered:* | 02/13/2023 | Order on Motion to Disqualify Counsel |
| 99 | *Filed & Entered:* | 02/21/2023 | Miscellaneous Filing |
| 100 | *Filed:*<br>*Entered:* | 02/21/2023<br>02/22/2023 | Motion to Vacate (2255) |
| 101 | *Filed:*<br>*Entered:* | 02/21/2023<br>02/22/2023 | Miscellaneous Filing |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/05/2023 17:39:37 | | | |
| PACER Login: | iamcarissab | Client Code: | |
| Description: | History/Documents | Search Criteria: | 3:20-cr-00415-MOC-WCM |
| Billable Pages: | 3 | Cost: | 0.30 |

# EXHIBIT

# B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-415-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CARISSA EUGENIA BROWN,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Copies of Sealed Documents, in which Defendant requests copies of "#6AKA Summons," proof of service for the summons, and a "copy of the full docket, documents 1-76." (Doc. No. 76).

Defendant has pled guilty and is on the eve of sentencing. She has not shown the necessity for the documents she seeks. Furthermore, to the extent Defendant moves to continue the sentencing, the Court **DENIES** the motion. Defendant has attempted to delay sentencing long enough. Defendant's sentencing hearing will go forward on December 19, 2022, as scheduled.

**IT IS SO ORDERED.**

Signed: December 13, 2022

Max O. Cogburn Jr
United States District Judge

# EXHIBIT

# C

**Full docket text:**
NOTICE OF HEARING as to Carissa Eugenia Brown: Sentencing set for 8/25/2022 10:30 AM in Courtroom #5A, 401 W Trade St, Charlotte, NC 28202 before District Judge Max O. Cogburn Jr. **This sentencing hearing is being scheduled during the regular civil term. In the event trials go forward, you will receive notice of cancellation of the hearing.** *This is your only notice - you will not receive a separate document.*(ams)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/22/2023 15:34:09 | | | |
| **PACER Login:** | iamcarissab | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 3:20-cr-00415-MOC-DCK |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**EXHIBIT C**

# EXHIBIT

# D

Hand-Delivered

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Carissa Brown<br>Plaintiff<br>v.<br>UNITED STATES,<br>Maria Kathleen Vento (private and professional capacity)<br>David S. Cayer (private and professional capacity)<br>Benjamin Bain Creed (private and professional capacity)<br>Max O. Cogburn, Jr. (private and professional capacity)<br>David Keesler (private and professional capacity), et al.<br>Defendants | Case number: 3:22-cv-617-KDB<br>Verified Complaint pursuant to:<br>Bivens Action<br>Fourth Amendment [Cf. Privacy Act (1974; 2005); False Imprisonment]<br>Fifth Amendment [False Arrest]<br>Intentional Infliction Emotional Distress<br>Conspiracy [Cf. 18 USC 371]<br>Trial by Jury DEMANDED |

FILED
CHARLOTTE, NC
NOV 10 2022
US DISTRICT COURT
WESTERN DISTRICT OF NC

## COMPLAINT

Plaintiff Carissa Brown by and through their counsel, Henry Brown, complaint against Defendants UNITED STATES as Respondeat Superior, Maria Kathleen Vento, David S. Cayer, Benjamin Bain Creed, Max O. Cogburn, Jr., David Keesler, et al. for 3,000,000.00 United States Dollars in compensatory and punitive damages with injunctive relief and, states in support:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§§ 1341, 1346(a), 1491(a)(1).
2. This Court has supplemental jurisdiction over state law claims pursuant to 28 U.S.C. § 1367.
3. Venue is proper in this judicial district under 28 U.S.C. §1391(b) and (c) because all Defendants either reside in this district or have their principal place of business in this district, and all events giving rise to Plaintiffs' claims occurred within this district.

Case 3:22-cv-00617-KDB-WCM Document 1 Filed 11/10/22 Page 1 of 14

### PARTIES

4. Carissa Brown is a private woman that has no minimum contacts with the state of North Carolina or the UNITED STATES.
5. Henry Brown is a private man that has no minimum contacts with the state of North Carolina or the UNITED STATES and Carissa's consort.
6. All Defendants have taken an oath to uphold and defend the Constitution of the UNITED STATES.
7. All Defendants act as Citizens of the UNITED STATES.
8. The UNITED STATES is a Federal Corporation pursuant 28 USC 3002(15) organized under the laws of the UNITED STATES and is located within this judicial district.
9. Defendant Max Cogburn, Jr. is a certified BAR attorney and at all times relevant, was on the clock and acted under color of law and without the scope of his employment.
10. David Keesler is a certified BAR attorney and at all times relevant, was on the clock and acted under color of law and without the scope of his employment.
11. Defendant Benjamin Bain-Creed is a certified BAR attorney and at all times relevant, was on the clock and acted under color of law and without the scope of his employment.
12. Defendant Maria Vento is a certified BAR attorney and at all times relevant, was on the clock and acted under color of law and without the scope of her employment.

### FACTS RELEVANT TO ALL CLAIMS

13. On December 1, 2020 at about 10:30 a.m., Defendant Maria signed as ASSISTANT UNITED STATES ATTORNEY in a BILL OF INFORMATION, DOCKET NO. 3:20-cr-415-MOC (hereinafter, the record).

Case 3:22-cv-00617-KDB-WCM Document 1 Filed 11/10/22 Page 2 of 14

14. Federal Rules of Civil Procedure (hereinafter FRCP) 7(b) states "An offense punishable by imprisonment for more than one year may be prosecuted by information if the defendant—in open court and after being advised of the nature of the charge and of the defendant's rights—waives prosecution by indictment."
15. There is no evidence on the record of such waiver and advice occurring prior to December 1, 2020.
16. Federal Rules of Criminal Procedure (FRCrmP) Rule 3. "The complaint is a written statement of the essential facts constituting the offense charged... it must be made under oath before a magistrate judge or, if none is reasonably available, before a state or local judicial officer.
17. There is no evidence on the record of a complaint.
18. A verified criminal statement or affidavit is only valid and admissible if the person that made it has competent firsthand knowledge of all the facts alleged in it and can both swear and testify to the validity of those facts under penalty of perjury.
19. A criminal complaint is the only charging instrument necessary to invest a court with jurisdiction of the alleged offense for the purpose of trial.
20. The existence of such a complaint as the minimum bar by which the court may be invested with such jurisdiction.
21. Only the properly sworn criminal affidavit is constitutionally and legally valid as a proper prosecutorial instrument.
22. A signed "BILL OF INFORMATION" alone, without an indictment based upon a properly sworn criminal statement or affidavit made "under penalty of perjury" is insufficient to invest a court with any form of jurisdiction.

Case 3:22-cv-00617-KDB-WCM Document 1 Filed 11/10/22 Page 3 of 14

23. A "information" is entirely written in the form of someone's personal beliefs that a crime may have occurred, not that it is a sworn accurate first-hand accounting of the facts constituting an actual crime made by a competent fact witness.
24. Such a criminal complaint is nothing more than an unsubstantiated accusatory instrument that may be used solely for the purpose of initiating an evidentiary investigation into a matter, but not actually prosecuting it.
25. The legislature has restricted whom the UNITED STATES can make rules for, regulate and sue administratively as a "defendant".
26. Article 1 Section 8 Clause 14 dictates, "regulation of the Government and of the land and naval Forces.".
27. Article 3 Section 2 dictates, "The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the UNITED STATES, and... to all cases affecting ambassadors, other public ministers and consuls; to all cases of admiralty and maritime jurisdiction."
28. Article 6 Section 3 And 2 dictate, "...the Judges in every State shall be bound thereby... The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the UNITED STATES and of the several States, shall be bound by Oath or Affirmation, to support this Constitution."
29. There is no evidence on the record of Plaintiff's pledge to uphold, and therefore, be bound under the constitution or any laws of the UNITED STATES.
30. The due process benefits and protections for the rights of the Accused inherent in following this procedure are rather obvious.

Case 3:22-cv-00617-KDB-WCM Document 1 Filed 11/10/22 Page 4 of 14

31. The Office of attorney-general, as Prosecutor when the UNITED STATES is a party, was created under the Judiciary Act as were the "inferior courts." When the Eleventh Amendment removed " Judicial Power " from the Courts, it also removed "judicial power" from the prosecution.

32. Any prosecution done in law, equity, contract law, treaties or claims against private people through the UNITED STATES Courts constitutes Putative Fraud and Dishonest Service due to the emoluments of the public office granted by the people for Defendants to perform their duties as a Hearing Officers and Prosecution Officers.

33. Without admissible evidence on and for the record that the Defendants had a certificate of a delegation to act as the UNITED STATES attorney

34. Without admissible evidence on and for the record that the court had power to make the Plaintiff Plaintiff a "Defendant", such as: (a) an oath of office; (b) territorial jurisdiction over the premises upon which the alleged act occurred or (c) ownership of the subject matter property being owned by the UNITED STATES, no warrant is lawfully valid.

35. Ignorance of the law is no excuse when one is an alleged "judicial" officer.

36. The Defendant's action is common enough for that job that the action could be fairly deemed to be characteristic of the job making the UNITED STATES liable for harm resulting from the employee's actions.

37. Moreover, despite this history of unlawful conduct by UNITED STATES officers, it has failed to adequately investigate allegations of officer misconduct, has failed to adequately discipline officers for the use of abusive practices, and has failed to adequately train its officers on the proper use of the judicial process.



38. The UNITED STATES failure to do so is a de facto policy that encourages officers to violate the constitutional rights of people with impunity.

39. The UNITED STATES de facto policy approximately caused the individual officers to engage in the unlawful conduct described above against Plaintiffs.

**COUNT I: Fifth Amendment– FALSE ARREST**

40. Plaintiff realleges all jurisdictional and factual allegations above.

41. This count is pled against ALL defendants.

42. Pursuant to the Fifth Amendment to the U.S. Constitution, Plaintiffs have a protected right to be free from criminal prosecution without a Grand Jury indictment.

43. Pursuant to the Fifth Amendment to the U.S. Constitution, Plaintiff is protected from being compelled in any criminal case to be a witness against himself

44. Plaintiffs' rights under the Fifth Amendments are enforceable under 42 U.S.C. § 1983.

45. Defendants failed to serve Plaintiff Plaintiff with a copy of a valid verified criminal complaint of alleged offenses.

46. On December 11, 2020 under duress and coercion Plaintiff Plaintiff signed a plea deal and Pretrial probation services ordered which violated the Self incrimination clause of the fifth Amendment.

47. Defendants failed to allege or prove an exception in this case, "arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger".

48. That failure is a direct violation of the criminal procedures and due process requirements under the provisions of the Fifth Amendment.

49. The phrase "nor shall be compelled" creates or recognizes a right, a right that the prosecution and the court just knowingly and willfully violated.



50. The individual Defendants' actions were undertaken within the scope of their employment, while on duty, and under color of law.

51. As a result of the unjustified prosecution and arrest by the individual defendants, Plaintiffs have suffered physical and emotional injuries.

WHEREFORE, Plaintiffs moves this Court to enter judgment in their favor and against the individual defendants, and award damages as follows:

A. Compensatory damages;

B. Punitive damages as allowed by law;

C. Reasonable attorneys' fees, costs, and litigation expenses; and

D. Any other relief this Court deems just and appropriate.

**COUNT II: Fourth Amendment– FALSE IMPRISONMENT**

52. Plaintiff realleges all jurisdictional and factual allegations above.

53. This count is pled against ALL defendants.

54. Under the Fourth Amendment to the U.S. Constitution, Plaintiffs are entitled to be free from the seizure and arrest without probable cause..

55. Plaintiffs' rights under the Fourth and Fourteenth Amendments are enforceable under 42 U.S.C. § 1983.

56. The Supreme court set in the case of California v. Hodari D. that "To constitute a seizure of the person, just as to constitute an arrest — the quintessential "seizure of the person" under Fourth Amendment jurisprudence — there must be either the application of physical force, however slight, or, where that is absent, submission to an officer's "show of authority" to restrain the subject's liberty.".



57. The individual Defendants had no documentary evidence to support that Plaintiff was eligible for arrest or seizable by the UNITED STATES at the time they placed her under arrest on August 25, 2022.

58. The individual defendants' actions were undertaken within the scope of their employment, while on duty, and under color of law.

59. As a result of his arrest and detention without probable cause by the individual defendant, Plaintiff has suffered physical, emotional, and financial injuries.

WHEREFORE, Plaintiffs moves this Court to enter judgment in their favor and against the individual defendants, and award damages as follows:

A. Compensatory damages;

B. Punitive damages as allowed by law;

C. Reasonable attorneys' fees, costs, and litigation expenses; and

D. Any other relief this Court deems just and appropriate.

**COUNT III: State Law- False Arrest and False Imprisonment**

60. Plaintiff realleges all jurisdictional and factual allegations above.

61. This count is pled against all defendants.

62. The individual defendants did not have probable cause to believe that Carissa was committing or had committed any crime.

63. The individual defendants caused Carissa to be arrested and imprisoned without probable cause or legal justification.

64. The actions of the individual defendants were objectively unreasonable under the circumstances and were undertaken intentionally with malice, willfulness, and reckless indifference to the rights of Plaintiff.

65. The actions of the individual defendants were undertaken within the scope of their employment with the UNITED STATES.

66. The UNITED STATES is liable as principal for all torts committed by its agents.

67. As a result of the actions of the individual defendants, Carissa has sustained physical, emotional injuries, and financial injuries.

WHEREFORE, Plaintiffs moves this Court to enter judgment in their favor and against the individual defendants, and award damages as follows:

A. Compensatory damages;

B. Punitive damages as allowed by law;

C. Reasonable attorneys' fees, costs, and litigation expenses; and

D. Any other relief this Court deems just and appropriate.

**Count IV: State Law- Intentional Infliction of Emotional Distress**

68. Plaintiff realleges all jurisdictional and factual allegations above.

69. This count is plead against all Defendants.

70. It was due to Defendants jointly and severally communicating the threat of unlawful arrest that caused her to go to the courthouse that day to avoid further distress on her family.

71. The individual Defendants' actions were objectively extreme and outrageous under the circumstances.

72. The individual Defendants' actions were taken intentionally with malice, willfulness, and reckless indifference to the rights and safety of Plaintiffs.

73. The actions of the individual Defendants were undertaken within the scope of their employment with the UNITED STATES.



74. The UNITED STATES is liable as principal for all torts committed by its agents.

75. As a result of the actions of the individual Defendants, Plaintiffs have sustained severe emotional injuries.

WHEREFORE, Plaintiffs moves this Court to enter judgment in their favor and against the individual defendants, and award damages as follows:

A. Compensatory damages;

B. Punitive damages as allowed by law;

C. Reasonable attorneys' fees, costs, and litigation expenses; and

D. Any other relief this Court deems just and appropriate.

WHEREFORE, Plaintiffs moves this Court to enter judgment in their favor and against the individual defendants, and award damages as follows:

A. Compensatory damages;

B. Punitive damages as allowed by law;

C. Reasonable attorneys' fees, costs, and litigation expenses; and

D. Any other relief this Court deems just and appropriate.

**Count V: Conspiracy- [CL 18 USC 371]**

76. Plaintiff realleges all jurisdictional and factual allegations above.

77. This count is plead against all Defendants.

78. The wrongs were committed in concert by multiple Defendants seeking their own advantage.

79. Defendants intentionally commit otherwise lawful acts by unlawful means and with the combined effort of more than one actor.

80. The overt acts of Defendants are forbidden by civil and criminal law.



81. The acts complained of in Counts I through IV are in furtherance of the conspiracy.

82. Financial, emotional damages and the same to Plaintiff's reputation resulted approximately from the conspiratorial acts of Defendants.

WHEREFORE, Plaintiffs moves this Court to enter judgment in their favor and against the individual defendants, and award damages as follows:

A. Compensatory damages;

B. Punitive damages as allowed by law;

C. Reasonable attorneys' fees, costs, and litigation expenses; and

D. Any other relief this Court deems just and appropriate.

Respectfully,

________________

Henry Brown



## Verification

**KNOW ALL MEN BY THESE PRESENT**
**STATE OF North Carolina**
**COUNTY OF MECKLENBURG**

Before me, the undersigned Notary, personally appeared Henry Brown, the Respondent in this matter, who satisfied me as to his identity, and who, upon administration of oath or affirmation by me, declared and deposed as follows:

*I am Henry Brown, I am at least 21 years of age, and I am competent to make this Verified Complaint. I have personal knowledge of these facts and attest under penalty of perjury the facts stated in this document are true and correct.*

*I assert all my unalienable rights, privileges and immunities at Natural Law and my protected rights relevant to a place called "this state."*

Further, Affiant sayeth not.

[signature]
/s/ Henry Brown

Signed and sworn to before me on this the 27 day of October (month) 20 22 (year) for which witness my seal and signature.

Notary Signature: [signature]

K. ANDRES CEDENO NOTARY PUBLIC MECKLENBURG COUNTY, NC

**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| Carrissa Brown<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES,<br>Maria Kathleen Vento (private and professional capacity)<br>David S. Cayer (private and professional capacity)<br>Benjamin Bain Creed (private and professional capacity)<br>Max O. Cogburn, Jr. (private and professional capacity)<br>David Keesler (private and professional capacity), et al.<br><br>Defendants | Case number:<br><br>Verified Complaint pursuant to :<br>Bivens Action<br>Fourth Amendment [Cf. Privacy Act (1974; 2005); False Imprisonment]<br>Fifth Amendment [False Arrest]<br>Intentional Infliction Emotional Distress<br>Conspiracy [Cf. 18 USC 371]<br>Trial by jury DEMANDED |

**Certificate of SERVICE**

Judge Max O. Cogburn, Jr.-Bar#7054
100 Otis Street, Suite 319
Asheville, NC 28801

Judge David C. Keesler-Bar#14205
United States District Court
401 Trade Drive, Suite 238
Charlotte, NC 28202

Judge David S.Cayer-Bar#15675
2715 Rowell Ave.
Charlotte, NC 28209

Benjamin Bain-Creed-Bar#21436
227 W. Trade St. Ste. 1650
Charlotte, NC 28202-1698

Maria K. Vento-VA Bar#45960
United States District Attorney's Office
227 West Trade St., Suite 1650
Charlotte, NC 28202

Case 3:22-cv-00617-KDB-WCM Document 1 Filed 11/10/22 Page 13 of 14

The above parties have been duly served the following:

1. Complaint for Damages
2. Summons

by United States Post Office first class mail and email as of this day ____________, I say here and will verify in open court that all herein be true.

________________
Henry Brown DATE

Case 3:22-cv-00617-KDB-WCM Document 1 Filed 11/10/22 Page 14 of 14

JS 44 (Rev. 04/21) Hand-Delivered **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)

**I. (a) PLAINTIFFS**
Carissa Brown 11520 Whimbrel Ct. Charlotte, NC 28278
(b) County of Residence of First Listed Plaintiff MECKLENBURG (EXCEPT IN U.S. PLAINTIFF CASES)
(c) Attorneys (Firm Name, Address, and Telephone Number)

**DEFENDANTS**
M. Vento, D. S. Cayer, B.B. Creed, M.O. Cogburn, D. Keesler, A. Smith
County of Residence of First Listed Defendant (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.
Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff ☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only) Click here for: Nature of Suit Code Descriptions.

CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES

[illegible]

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District (specify) ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
[illegible]
Brief description of cause:
[illegible]

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. DEMAND $ 3,000,000.00 CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE Max O Cogburn DOCKET NUMBER 3:20-CR-00013

DATE SIGNATURE OF ATTORNEY OF RECORD
N/A

FOR OFFICE USE ONLY
RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

Case 3:22-cv-00617-KDB-WCM Document 1-1 Filed 11/10/22 Page 1 of 1

**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| Carrissa Brown<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES,<br>Maria Kathleen Vento (private and professional capacity)<br>David S. Cayer (private and professional capacity)<br>Benjamin Bain Creed (private and professional capacity)<br>Max O. Cogburn, Jr. (private and professional capacity)<br>David Keesler (private and professional capacity), et al.<br><br>Defendants | Case number:<br><br>Verified Complaint pursuant to :<br>Bivens Action<br>Fourth Amendment [Cf. Privacy Act (1974; 2005); False Imprisonment]<br>Fifth Amendment [False Arrest]<br>Intentional Infliction Emotional Distress<br>Conspiracy [Cf. 18 USC 371]<br>Trial by jury DEMANDED |

**Order**

Plaintiff's property is restored and she is granted actual, compensatory and punitive damages in the amount of $3,000,000.00 from Defendants.

________________
Court Seal/Signature

Case 3:22-cv-00617-KDB-WCM Document 1-2 Filed 11/10/22 Page 1 of 1

3:22-cv-617

Hand-Delivered

FILED
CHARLOTTE, NC
NOV 10 2022
US DISTRICT COURT
WESTERN DISTRICT OF NC

**Plaintiffs Verified Statement of Events**

**[CI, Affidavit]**

I, Carissa Brown ("Affiant"), being an adult woman of sound mind and body, do hereby swear and depose under penalty of perjury that I have reason to believe and do believe that Agents named herein ("AGENTS"), while acting under color of law and their official administrative capacity as officers of the Court, UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION ("COURT"), in the county of Mecklenburg in the State of North Carolina, are guilty of multiple and ongoing acts constituting the crimes of SIMULATING LEGAL PROCESS, TAMPERING WITH GOVERNMENTAL RECORD, OFFICIAL OPPRESSION, and ABUSE OF OFFICIAL CAPACITY, pursuant respectively of Secs.______, United State Code and Code of Federal Regulations. The undersigned, does solemnly affirm, declare and state as follows:

- Affirmant has knowledge of the facts stated herein.
- All the facts herein are true, correct, complete and admissible as evidence, and if called upon as a witness, Affirmant will testify to their veracity.
- 08/05/2020-Agent Nicholas Doby-Special Agent-Dept. of Treasury and 3 other unknown agents approached home at 11520 Whimbrel Ct., Charlotte, NC 28278 but did not make contact. They left their business cards. They made several phone calls to family members in an attempt to contact Carissa & Henry. Once they contacted Carissa, they emailed the letter sent. Agent Nicolas Doby and his acquaintances violated the plaintiffs 4th, 5th & 6th amendment rights.
- 08/12/2020-Plaintiff retained Attorney Samuel J. Randall, IV. Attorney Samuel J. Randall, IV failed to notify the plaintiff of her right to due process. He also failed to notify the plaintiff that no complaint exists.
- 12/11/2020-Date of entry plea with Magistrate Judge David S. Cayer, prosecuting attorney Maria Kathleen Vento, Assistant District Attorney & Benjamin Bain Creed. Former District Attorney R. Andrew Murray signed off for Assistant DA to move forward. The government and its agents, along with Attorney Samuel J. Randall, IV violated plaintiffs 5th amendment rights, while advising her to engage in a plea deal which resulted in self incrimination.



- 12/11/2020-Plaintiff was ordered to pretrial services with Probation officer being Jessica Issacs. (DNA samples, traveling revoked, random drug testing and home search put into place, violating plaintiffs 4th amendment rights and the right to travel)
- 12/11/2020-Carissa was ordered to surrender her passport.
- 12/11/2020-Pretrial probation services were ordered for Carissa Brown, no title of nobility for said probation officer.
- On or about January-February 2021 plaintiff was ordered mandatory mental health evaluation. Plaintiff was diagnosed with anxiety, PTSD, Bipolar disorder and postpartum depression.
- 10/06/2021-Carissa Brown received notice of initial sentencing hearing.
- 10/15/2021-Carissa Brown terminated Attorney Samuel Randal for inadequate representation and for advising her to waive rights the plaintiff was unaware she had.
- 10/19/2021-Carissa Brown appeared before Judge Max O. Cogburn, Jr. to discuss the new council appearance.
- 11/14/2021-Plaintiff retained Attorney Claire J. Rauscher as new attorney.
- 11/15/2021-2nd appearance with Max O. Cogburn, Jr., 1st appearance with new counsel, hearing on sentencing set for after February 2022.
- On or about January 2022, Plaintiff questioned Attorney Claire J. Rauscher in regards to a complaint. Attorney informed the plaintiff that a complaint does exist but according to the evidence and PACER, a complaint does not exist on or for the record.
- 02/09/2022-Plaintiff disposed of Attorney Claire J. Rauscher for denial of due process and failure to fully disclose the facts of the case.
- 02/10/2022-First appearance as Plaintiff challenging subject matter jurisdiction, no complaint & no territorial jurisdiction-#30-Motion to Dismiss for these reasons



- 02/14/2022-Attorney Claire J. Rauscher's filed a motion to withdraw,
- 02/22/2022-Carissa filed Notice of default judgment. #33
- 02/22/2022-Plaintiff filed a NOTICE OF FRAUD IN THE INDUCEMENT presage; Bill of Attainder #34
- 03/08/2022-Plaintiff filed Opportunity to cure, no subject matter jurisdiction affidavit#35
- 03/11/2022-Notice of Hearing, Order for motion to dismiss denied, signed by Judge Max O. Cogburn, Jr.-No notice given to Plaintiff #36
- 04/19/2022-Order on Motion to withdraw as attorney granted to Attorney Claire J Rauscher, signed by Judge Max O. Cogburn, Jr. #37
- 04/19/2022-Motion for default judgment denied, Order signed by Judge Max O. Cogburn, Jr. #37
- 04/22/2022-CJA 20 Appointment- Judge Max O. Cogburn Jr. requested standby council, despite Plaintiff's objection for assistance.#37
- 04/26/2022-Plaintiff filed Order for request to void the case; objection to continuation of sentencing; objection to standby counsel #38
- 04/26/2022-Plaintiff filed Notice to compare evidence. #39
- 07/22/2022- Notice of Hearing filed by Deputy Clerk Angela Smith; Plaintiff was not notified, denying her due process of service-#40
- 08/10/2022-Government updated case and reduced amount by $234,000(Billing error required adverse action, original amount accused of 1.9M reduced to 1.7M)#46-sealed
- 08/18/2022-Plaintiff filed Notice to Rescind Guilty Plea, Case Bonded & Secured-Conditional acceptance #47
- 08/22/2022-Notice of Fee Schedule by Plaintiff
- 08/24/2022-Plaintiff filed Notice of Default #52
- 08/25/2022-Date of sentencing hearing reset from 10:30am to 2pm at 9:13am without notice to Pro Se. Deputy Clerk Angela Smith for Judge Max O. Cogburn called Plaintiff at 9:03am and left a voicemail to return call, with no mention of court time change. Unlawful Warrant issued & signed by Judge Max O Cogburn, Jr. for failure to appear at approximately 4pm.



- 08/25/2022-After checking the docket on the same day, plaintiff saw the warrant. PIINTIFF Contacted the US Marshall who advised Her to turn herself into the Mecklenburg County Jail which was adhered to on a voluntary basis by 5:30pm.
- 8/25/2022-2nd pretrial probation officer, Corey Lepointe lied by stating on the record he was in contact with plaintiff 2 days prior, not under oath to make her aware of the sentencing hearing. Pretrial officer made no attempt to contact the plaintiff on the date of sentencing.
- 08/31/2022-Plaintiff filed notice of unlawful warrant in request for hearing.
- 09/02/2022-Plaintiffs Bond revocation hearing was set for 9/7/2022.
- 09/07/2022-Hearing held with Judge David Keesler who took matters under advisement.#54
- 9/7/2022-Pretrial officer stated on the record that Plaintiff continued to deny that Pretrial Probation officer, Corey Lapointe has jurisdiction over Plaintiff, that Plaintiff is non compliant and should be detained. However, Plaintiff has been 100% compliant while still challenging subject matter jurisdiction.
- 09/12/2022-Judge David Keesler signed an order to revoke bond stating that plaintiff is a flight risk.#58
- 09/13/2022-Plaintiff Filed appeal for Bond Revocation, case was sent to appellee court.#50
- 9/14/2022-Notice of sentencing hearing set for 9/28/2022 filed by deputy clerk Angela Smith-Verify#59
- 9/19/2022-District Attorney Maria Kathleen Vento added an additional charge of obstruction of justice which increased sentencing level by 5 points.
- 9/20/2022-Hearing Changed from 9/28/2022 to 9/30/2022-#64
- 9/29/2022-Hearing time changed from 10am to 9am#66
- 9/30/2022-Sentencing-Judge Max O. Cogburn, Jr. stated he was denying all motions on file challenging jurisdiction, he stated, "the court does have jurisdiction" Upcoming hearing to cover

withdrawing guilty plea violation of Rule #11 Attorney Samuel J Randall is being subpoenaed to be cross examined with/by Plaintiff as to whether Plaintiff was fully informed and knowledgeable of what she was signing on 12/11/2020. #66

- Current DA is Dena J. King-Info on #39
- Plaintiff has been kidnapped and is being held against her will at Mecklenburg County Jail Central.

Before us, the undersigned witnesses, personally appeared Carrissa Brown Plaintiff in this matter, whose identity is personally known to us, and who, upon affirmation by me, clarified and posed as follows:

*I am Carrissa Brown. I am the age of majority, and competent to make this Complaint. I have personal knowledge of these facts and attest under penalty of perjury the facts stated in this document are true and correct.*

*I assert all my unalienable rights, privileges and immunities at Natural Law and all my protected rights relevant to a place called "this state.*

**Further, Affiant sayeth not.**

Witness1 HB-POA: C— B— date 11-10-22
print: Henry Brown POA For Carissa Brown
Witness2 [signature] date 11-10-2022
print: [signature]



**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| Carrissa Brown<br>Plaintiff<br>v.<br>UNITED STATES,<br>Maria Kathleen Vento (private and professional capacity)<br>David S. Cayer (private and professional capacity)<br>Benjamin Bain Creed (private and professional capacity)<br>Max O. Cogburn, Jr. (private and professional capacity)<br>David Keesler (private and professional capacity), et al.<br>Defendants | Case number:<br>Verified Complaint pursuant to :<br>Bivens Action<br>Fourth Amendment [Cf. Privacy Act (1974; 2005); False Imprisonment]<br>Fifth Amendment [False Arrest]<br>Intentional Infliction Emotional Distress<br>Conspiracy [Cf. 18 USC 371]<br>Trial by jury DEMANDED |

**Certificate of SERVICE**

Judge Max O. Cogburn, Jr.-Bar# 7054
100 Otis Street, Suite 319
Asheville, NC 28801

Judge David C. Keesler-Bar#14205
United States District Court
401 Trade Street, Suite 238
Charlotte, NC 28202

Judge David S.Cayer-Bar#15675
2715 Roswell Ave.
Charlotte, NC 28209

Benjamin Bain-Creed-Bar#21436
227 W. Trade St. Ste. 1650
Charlotte, NC 28202-1698

Maria K. Vento
VA Bar# 45960
United States District Attorney's Office
227 West Trade St., Suite 1650
Charlotte, NC 28202

Angela Smith
United States District Court
401 Trade Street, Suite 238
Charlotte, NC 28202

Dena Janae King-Bar# 35376
227 West Trade St., Ste. 1650
Charlotte, NC 28202

R. Andrew Murray-Bar# 19196
United States Attorney's Office
155 Poplar Loop Drive
Flat Rock, NC 28731

Nicolas Doby
Charlotte Field Office
10715 David Taylor Drive
Suite: 3-300
Charlotte, NC 28262

The above parties have been duly served the following:

1. **Complaint for Damages**



2. **Summons**

by United States Post Office first class mail and email as of this day ____________. I say here and will verify in open court that all herein be true.

________________
**Henry Brown** **DATE**



## Verification

**KNOW ALL MEN BY THESE PRESENT**
**STATE OF North Carolina**
**COUNTY OF MECKLENBURG**

Before me, the undersigned Notary, personally appeared Henry Brown, the Respondent in this matter, who satisfied me as to his identity, and who, upon administration of oath or affirmation by me, declared and deposed as follows:

*I am Henry Brown, I am at least 21 years of age, and I am competent to make this Verified Complaint. I have personal knowledge of these facts and attest under penalty of perjury the facts stated in this document are true and correct.*

*I assert all my unalienable rights, privileges and immunities at Natural Law and my protected rights relevant to a place called "this state."*

Further, Affiant sayeth not.

[signature]
/s/ Henry Brown

Signed and sworn to before me on this the 27 day of October (month) 2022 (year) for which witness my seal and signature.

Notary Signature: [signature]

K. ANDRES CEDENO NOTARY PUBLIC MECKLENBURG COUNTY, NC My Commission Expires

**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| Carrissa Brown<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES,<br>Maria Kathleen Vento (private and professional capacity)<br>David S. Cayer (private and professional capacity)<br>Benjamin Bain Creed (private and professional capacity)<br>Max O. Cogburn, Jr. (private and professional capacity)<br>David Kessler (private and professional capacity), et al.<br><br>Defendants | Case number:<br><br>Verified Complaint pursuant to :<br>Bivens Action<br>Fourth Amendment (Cf. Privacy Act (1974; 2005); False Imprisonment)<br>Fifth Amendment (False Arrest)<br>Intentional Infliction Emotional Distress<br>Conspiracy (Cf. 18 USC 371)<br>Trial by jury DEMANDED |

**Order**

Plaintiff's property is restored and she is granted actual, compensatory and punitive damages in the amount of $3,000,000.00 from Defendants.

____________________
Court Seal/Signature



81. The acts complained of in Counts I through IV are in furtherance of the conspiracy.

82. Financial, emotional damages and the harm to Plaintiff's reputation resulted approximately from the conspiratorial acts of Defendants.

WHEREFORE, Plaintiff moves this Court to enter judgment in their favor and against the individual defendants, and award damages as follows:

A. Compensatory damages;

B. Punitive damages as allowed by law;

C. Reasonable attorneys' fees, costs, and litigation expenses; and

D. Any other relief this Court deems just and appropriate.

Respectfully,

[signature]
Carissa Brown

Signed and sworn to before me on this the 10 day of December (month) 20 22 (year) for which witness my seal and signature.

Notary Signature: [signature]

Tiffany Denise Labo
NOTARY PUBLIC
Mecklenburg County, NC
My Commission Expires October 21, 2025

7020 3160 0002 1793 3066

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To Max O. Cogburn Jr.
Street and Apt. No., or PO Box No. 100 Otis Street, Suite 319
City, State, ZIP+4® Asheville, NC 28801

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7020 3160 0002 1793 3004

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To Benjamin Bain-Creed
Street and Apt. No., or PO Box No. 227 W Trade St. Ste. 1650
City, State, ZIP+4® Charlotte, NC 28202

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7020 3160 0002 1793 3073

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To David C. Keesler
Street and Apt. No., or PO Box No. 401 Trade Street Suite 238
City, State, ZIP+4® Charlotte NC 28202

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7020 3160 0002 1793 6784

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To Maria K. Vento
Street and Apt. No., or PO Box No. 227 West Trade St. Suite 1650
City, State, ZIP+4® Charlotte, NC 28202

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7020 3160 0002 1793 6814

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To David S. Cayer
Street and Apt. No., or PO Box No. 2715 Roswell Ave.
City, State, ZIP+4® Charlotte, NC 28209

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7020 3160 0002 1793 3042

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To Angela Smith
Street and Apt. No., or PO Box No. 401 Trade Street, Suite 238
City, State, ZIP+4® Charlotte NC 28202

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7020 3160 0002 1793 3035

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

*Sent To* Dena Jayne King
*Street and Apt. No., or PO Box No.* 227 West Trade St. Ste.1650
*City, State, ZIP+4®* Charlotte, NC 28202

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7020 3160 0002 1793 3134

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

*Sent To* R. Andrew Murray
*Street and Apt. No., or PO Box No.* 155 Poplar Loop Drive
*City, State, ZIP+4®* Flat Rock, NC 28731

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7020 3160 0002 1793 3110

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

*Sent To* Nicolas Dohy
*Street and Apt. No., or PO Box No.* 10715 David Taylor Drive Ste 330
*City, State, ZIP+4®* Charlotte, NC 28262

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions